# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## EASTERN District of TEXAS

Case Number: 4:15-CV-00821-ALM-CAN

Plaintiff:
**OXYSURE THERAPEUTICS, INC. (A/K/A OXYSURE SYSTEMS, INC.)**
vs.
Defendant:
**GEMINI MASTER FUND, LTD., ET AL.**

For:
Mazin A. Sbaiti, Esq.
STECKLER LLP
12720 Hillcrest Road
Suite 1045
Dallas, TX 75230

Received by ABC PROCESS SERVICE on the 7th day of December, 2015 at 8:36 am to be served on **BLACK MOUNTAIN EQUITIES, INC., 7924 IVANHOE, SUITE 2, LA JOLLA, CA 92129**.

I, Henry Licon, do hereby affirm that on the **9th day of December, 2015 at 2:30 pm, I:**

**AUTHORIZED:** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; ORIGINAL COMPLAINT; CIVIL COVER SHEET;** with the date of service endorsed thereon by me, to: **STEVEN WINTERS** as **AUTHORIZED TO ACCEPT**, who stated they are authorized to accept service for: **BLACK MOUNTAIN EQUITIES, INC.** at the address of: **7924 IVANHOE, SUITE 2, LA JOLLA, CA 92129**, and informed said person of the contents therein, in compliance with state statutes.

I declare under penalty of perjury under the laws of the United States Of America that the foregoing information contained in the Return Of Service is true and correct.

Henry Licon
Process Server

**ABC PROCESS SERVICE**
**4834 Swiss Ave.**
**Dallas, TX 75204**
**(214) 220-0226**

Our Job Serial Number: ABC-2015003319

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n