# **RETURN OF SERVICE**

## UNITED STATES DISTRICT COURT
## EASTERN District of TEXAS

Case Number: 4:15-CV-00821-ALM-CAN

Plaintiff:
**OXYSURE THERAPEUTICS, INC. (A/K/A OXYSURE SYSTEMS, INC.)**
vs.
Defendant:
**GEMINI MASTER FUND, LTD., ET AL.**

For:
Mazin A. Sbaiti, Esq.
STECKLER LLP
12720 Hillcrest Road
Suite 1045
Dallas, TX 75230

Received by ABC PROCESS SERVICE on the 7th day of December, 2015 at 8:36 am to be served on **GEMINI MASTER FUND, LTD. C/O GEMINI STRATEGIES, LLC, 619 SOUTH VULCAN DRIVE, SUITE 203, ENCINITAS, CA 92024**

I, Henry Licon, do hereby affirm that on the **9th day of December, 2015** at **2:30 pm**, I:

**AUTHORIZED:** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; ORIGINAL COMPLAINT; CIVIL COVER SHEET**; with the date of service endorsed thereon by me, to: **DAN EDWARDS** as **AUTHORIZED TO ACCEPT**, who stated they are authorized to accept service for: **GEMINI MASTER FUND, LTD. C/O GEMINI STRATEGIES, LLC** at the address of: **619 SOUTH VULCAN DRIVE, SUITE 203, ENCINITAS, CA 92024** and informed said person of the contents therein, in compliance with state statutes.

I declare under penalty of perjury under the laws of the United States Of America that the foregoing information contained in the Return Of Service is true and correct.

**Henry Licon**
Process Server

**ABC PROCESS SERVICE**
**4834 Swiss Ave.**
**Dallas, TX 75204**
**(214) 220-0226**

Our Job Serial Number: ABC-2015003317

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n