**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| OXYSURE THERAPEUTICS, INC., A/K/A OXYSURE SYSTEMS, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:15-CV-00821-ALM-CAN |
| GEMINI MASTER FUND, LTD., ET AL., | § § § | |
| Defendants. | § § | |

**ORDER**

Currently this case is set for a Rule 16 management conference on *March 21, 2016, at 11:30 a.m.* in Sherman, Texas [Dkt. 13]. On December 29, 2015, Defendants filed a Motion to Change Venue arguing that this matter should be transferred to the Southern District of New York pursuant to a forum selection clause in the underlying disputed common stock purchase warrants [Dkt. 5]. The Rule 16 management conference is canceled until such time as the Court rules on Defendants' Motion to Change Venue; such conference will be rescheduled, if necessary, following the Court's ruling. Accordingly,

It is therefore **ORDERED** that the Rule 16 management conference set for *Monday, March 21, 2016, at 11:30 a.m.* is hereby **CANCELED**.

**IT IS SO ORDERED.**
**SIGNED this 16th day of March, 2016.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE