# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| OXYSURE THERAPEUTICS, INC., A/K/A OXYSURE SYSTEMS, INC. § § § v. § § GEMINI MASTER FUND, LTD., GEMINI STRATEGIES, LLC, BLACK MOUNTAIN EQUITIES, INC. § § § § | Civil Action No.  4:15-CV-821 (Judge Mazzant/Judge Nowak) |

## ORDER OF DISMISSAL

Came on to be considered this day the Unopposed Motion to Dismiss without Prejudice (Dkt. #23) filed in this cause by Plaintiff Oxysure Therapeutics, Inc. a/k/a Oxysure Systems, Inc. After considering the Unopposed Motion to Dismiss without Prejudice, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the entirety of Plaintiff's claims against Defendants are hereby dismissed without prejudice.  Costs are taxed against the party incurring the same.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

 **SIGNED this 17th day of May, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE